Anshu Bharat Pathak
5615 Cameron St, Suite 7
Las Vegas, NV 89118
E-Mail: anshupathak@aol.com

FILED ___
ENTERED ___     RECEIVED ___
            SERVED ON
COUNSEL/PARTIES OF RECORD

SEP - 8 2016

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF

**2:16-cv-02124-GMN-NJK**

ANSHU PATHAK, AN INDIVIDUAL;       )
                                                              )
       PLAINTIFF                                    )       CIVIL COMPLAINT FOR:
                                                              )
       V.                                                    )
                                                              )    1.  **Unjust Enrichment;**
YAHOO!, INC.;                                     )    2.  **Demand for Accounting;**
MICROSOFT INC.;                              )    3.  **Constructive Trust and**
AOL INC.;                                            )    4.  **Permanent Injunction**
AND DOES 1 THROGHT 10, INCLUSIVE )    5.  **Trademark Infringement 15 U.S.C.**
                                                              )         **§ 1114 (1);**
       DEFENDANTS.                         )    6.  **"Passing Off" Under the Lanham**
                                                              )         **Act -15 U.S.C. § 1125 (a);**
                                                              )    7.  **Trademark Dilution - 15 U.S.C.**
                                                              )         **§ 1125 (c);**
                                                              )    8.  **Cybersquatting -15 U.S.C. § 1125**
                                                              )         **(d);**
                                                              )
                                                              )       **[DEMAND FOR JURY TRIAL]**
                                                              )
                                                              )

   Plaintiff Anshu Bharat Pathak (referred to alternatively as "Plaintiff" hereinafter) hereby
complains and alleges as follows:

   1. Plaintiff proudly owns the registered Trademark "**EXOTIC MEAT MARKET**" in
      International Class 035 for on-line retail gift shops; on-line retail store services featuring
      exotic meats, hotdogs, sausages, salamis; on-line wholesale store services featuring
      exotic meats, hotdogs, sausages, salamis; operating an on-line shopping site in the field of
      exotic meats, hotdogs, sausages, salamis; Retail and on-line grocery store services
      featuring home delivery service. [Exhibit 1]

   2. Plaintiff proudly owns the registered Trademark "**EXOTIC HOT DOG OF THE
      MONTH CLUB**" in International Class 035 for computerized on-line retail store

services in the field of monthly exotic hot dog's shipments to club members. Trademark Registration Number 4453666. [Exhibit 2]

3. This complaint is brought to address the willful violation of Plaintiff's trademark rights in the phrase "**EXOTIC MEAT MARKET**" Trademark Registration Number 4469007 by direct competitor Lobel's of New York, LLC.[Exhibit 1]

4. This complaint is brought to address the willful violation of Plaintiff's trademark rights in the phrase "**EXOTIC MEAT MARKET**" Trademark Registration Number 4469007 by YAHOO!, INC.[Exhibit 1]

5. This complaint is brought to address the willful violation of Plaintiff's trademark rights in the phrase "**EXOTIC HOT DOG OF THE MONTH CLUB**" Trademark Registration Number 4453666 by YAHOO!, INC.[Exhibit 2]

6. Plaintiff has continuously used "**EXOTIC MEAT MARKET**" and "**EXOTIC HOT DOG OF THE MONTH CLUB**" marks in commerce and acquired distinctiveness.

## THE PARTIES

7. Plaintiff Anshu Pathak is an individual resident of State of Nevada.

8. Plaintiff is informed and believes, and based thereon alleges, that Yahoo!, Inc. (hereinafter the "**YAHOO**"), operates as a digital media company that is focused on informing, connecting, and entertaining users through research, communications, and digital content products with a revenue of $4.8 Billion from advertisements and "Pay Per Clicks" on their search engine.

9. Plaintiff is informed and believes, and based thereon alleges, that MICROSOFT, Inc. (hereinafter the "**MICROSOFT**"), operates as a digital media company that is focused on informing, connecting, and entertaining users through research, communications, and digital content products with a revenue of $16.8 Billion from advertisements and "Pay Per Clicks" on their search engine.

10. Plaintiff is informed and believes, and based thereon alleges, that AOL INC. (hereinafter the "**AOL**"), operates as a digital media company that is focused on informing, connecting, and entertaining users through research, communications, and digital content products with a revenue of $190 Million from advertisements and "Pay Per Clicks" on their search engine.

11. Plaintiff is informed and believes, and based thereon alleges, that above named Defendants and DOES 1 through 10, inclusive, are in some manner responsible for the wrongs alleged herein, and that at all times referenced each was the agent and servant of the other Defendants, whom obtained financial benefit from the Defendant's acts and omissions, and each was acting within the course and scope of said agency and employment.

12. Plaintiff is informed and believes, and based thereon alleges, that above named Defendants and DOES 1 through 10, inclusive, did aid, abet, participate in, contribute to, or benefit from the acts and behavior alleged herein and the damages caused thereby, and by their inaction ratified and encouraged such acts and behavior.

13. Plaintiff further alleges that above named Defendants and DOES 1 through 10, inclusive, had a non-delegable duty to prevent or cure such acts and the behavior described herein, which duty Defendant and DOES 1 through 10, inclusive failed and/or refused to perform.

## JURISDICTION AND VENUE

14. This action arises under the Lanham Act, 15 U.S.C. § 1114 and §1125. This court has federal question jurisdiction over this action pursuant to 15 U.S.C. § 1121(a), 28 U.S.C. § 1331, and 28 U.S.C. § 1338 (a) and (b). This court has supplemental jurisdiction over Plaintiff's State Law Claims pursuant to 28 U.S.C. § 1367(a).

15. Alternatively, this court has diversity jurisdiction pursuant to 28 U.S.C. § 1332. The controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States;

16. Venue is proper in this district under 28 U.S.C. § 1391 (b) and 28 U.S.C. § 1400(a)

## CEASE AND DESIST NOTICE SENT TO DEFENDANTS

17. Plaintiff sent "Notice of Cease and Desist" to Defendants, their associates and their partners.

18. Defendants continued to add Plaintiff's Trademarks as "Key Words" in the "bidding list" of their advertisers at expense of Plaintiff. [ Exhibit 1 and 2]

## HISTORY OF "EXOTIC MEAT MARKET"

19. It is undisputed fact that Plaintiff Anshu Pathak is **one and only individual** on this world who offers more than **eighty-six (86) different species** of "Legal Exotic Meats" from **Alligator Meat to Zebra Meat** to his customers all over the world.

20. It is undisputed fact that Plaintiff Anshu Pathak is **one and only individual** on this world who offers fifteen (15) different "Exotic Hot Dogs" made from **Alligator Meat to Zebra Meat** to his customers all over the world.

21. Plaintiff Anshu Pathak respect and follows the beliefs of Indigenous American Indians that animals should only be "Harvested for Food" and not for "Sports" or for "Skin".

22. As custodians of Mother Nature, Plaintiff Anshu Pathak recognizes responsibility to the environment.

23. Every step of the way, from paddock to plate, Plaintiff Anshu Pathak's priority is to continuously improve welfare of animals and birds raised for food, environmental management and protect endangered species.

24. Plaintiff Anshu Pathak has been featured on all major TV Channels and News Papers of United States and outside United States for his world's most controversial "Exotic Meat Market".

25. Plaintiff Anshu Pathak has been providing "Exotic Meats" to all Food related TV Channels in USA and outside USA for their cooking shows from his "Exotic Meat Market".

26. In 2011, Press Enterprise featured Anshu Pathak and his "Exotic Meat Market" on front page of their News Paper in California. Video can be viewed at https://www.youtube.com/watch?v=GFESAv0knAQ.

27. An uneducated group of people without understanding of "**Endangered Species**" lost their petition filed with White House [US Govt.] to close down Plaintiff Anshu Pathak's "**Exotic Meat Market**" on August 30, 2015. In fact, only 716 [.07%] people signed the petition which required 100,000 signatures.

28. Over 1.4 Million people from all over the world has viewed and admired Plaintiff Anshu Pathak's way of raising exotic animals and exotic birds for food. Video can be viewed at https://www.youtube.com/watch?v=xltpc8dmc0c.

29. Over 1000,000 people from all over the world visit Plaintiff Anshu Pathak's "Exotic Meat Market" every year.

30. California Sunday Magazine published article about Plaintiff Anshu Pathak and his "Exotic Meat Market" which can be read at https://stories.californiasunday.com/2015-05-03/anshu-pathak-exotic-meat-guy/

31. LAist published an article about Plaintiff Anshu Pathak and his "Exotic Meat Market", which can be read at "http://laist.com/2015/01/08/anshu_pathak_lion_meat_exotic_meat_riverside.php#photo-12"

32. Even Playboy Magazine visited Plaintiff Anshu Pathak and his "Exotic Meat Market" which can be viewed at, "https://www.youtube.com/watch?v=HYQi-kJT5Ow"

33. Plaintiff has continuously used "EXOTIC MEAT MARKET" and "EXOTIC HOT DOG OF THE MONTH CLUB" marks in commerce since as early as 1999 and acquired distinctiveness.

34. After filing the application for Trademark for the word, "Exotic Meat Market" in "Standard Characters" Plaintiff sent electronic email to all his major competitors and their Trademark counsels to oppose his Trademark Applications.

35. Plaintiff has established his good reputation all over the world as "**ETHICAL FARMER**" for his "Exotic Meat Market" and "Exotic Hot Dog of the Month Club."

36. Following comments [Few from Vegetarians too] can be reviewed about Plaintiff Anshu Pathak at https://www.youtube.com/watch?v=xltpc8dmc0c.

   1) This is cool, I want to go try some of that farm's products! it looks amazing!

   2) This guy gives hope in humanity.

   3) Holy shit this guy is heartwarming.

   4) Hard working man, this Anshu guy is.

   5) Anshu seems like such a nice person, and he treats his animals with so much respect. It made me smile when he patted people on the back, said "thank you" and smiled so much :) I chose to stop eating meat when I saw how factory farms treated animals. I'd go back to eating it again if I knew all farms treated their animals like he does, or if I lived near him!

   6) He is so precious and seemed so happy, I love him already and his presence would be able to make anyone happy! Such a bright man, despite the way he lives but he loves it. I admire that.

7) I don't comment on videos that often, and I hardly ever give a video a "like", but this video just made me so happy. he seems like such a wonderful, hardworking man. he's just so grateful and humble, which is not something you see much of these days.  you did well on this one, buzz feed. you get a thumbs up today.

8) Oh my goodness he seems to be such a good and precious man! I love seeing people with such happy souls.

9) Shout out to Anshu for being one of the rare farmers who actually cares for the animals wellbeing. more farmers need to be like you.

10) What a hardworking guy.  This made me so happy.  This is how raising animals should be.

11) The farmer is so nice it's unreal I never wanted to hug someone more.

12) Anshu is a really cool dude.

13) It's so enlightening to know that there are good farmers like Anshu out there, making sure his animals are treated humanely.

14) THIS is how animals that are used for food should live their lives. They should be treated with care and respect before their slaughter.

15) I'm a vegetarian and this made me very happy, I believe this is how all meat should be raised.

16) I really liked Anshu!! He seemed genuine and funny.

17) That farmer seems so nice.

18) I love farmers like this man. People like him are real farmers. Those animals deserve to be happy so that later they bring happiness around the dinner table. :)

19) This is the way that kill animals should be raised; in an open environment, cared for, well-fed, and killed as humanly and painless as possible!

20) I'm vegetarian and I think that if you're going to eat meat I would much rather them be treated like this definitely.

21) Appreciated his pride in his craft and how nice he was! This is how animals should be raised. I would love to sit down and have a mean with him.

22) This guy is awesome, and all I saw were his animals and listened to his honest words.

23) Anshu seems like a good person we need more of him.

24) This farmer is adorable and so sweet.

25) Wish all meat was raised like this.

26) Anshu reminds me of my grandfather, who's also a farmer, who raises goats, cows, chickens, turkeys, ducks, pigs, and fishes. They're dedication to raise these animals very well, is really inspiring. It's not easy and it will take a lot of your time. Hands down to all the farmers out there.

27) The farmer seems like such a sweetheart.

28) I just want to give Anshu a hug.

29) Anshu is an awesome person, raising the animals a good life is success to me. I'm not vegetarian, I love meat and eat it. Cx I would feel less guilty if all animals were raised like that, because I can know that they were happy.

30) This video makes me very happy. My family raises and eats our own wild and exotic game meats. They are all organic, healthy and delicious. More people need to be open to so called "alternative" meats. In other countries, these protein sources are a daily meal and no one thinks twice about it.

31) Is it weird that I love Anshu's voice?

32) This is the kind of meat I would eat, guilt free! It's the way all meat should be consumed. Clean, lots of space, hopefully killed humanely and quickly, well fed. But if I had gone to that ranch and seen the animals, I wouldn't have dared eat meat that day.

33) We need more farmer like this one, he loves his animals and take good care of them instead of having them tortured in tiny cages on concrete.

34) I'm a vegetarian and it's good to see that these animals are raised properly and not in harsh horrible conditions.

35) I wish more animals were treated like this, like it's not that hard to kill an animal without abusing it

36) I'm a vegetarian, but I really respect him. He clearly cares for the animals well.

37) I feel like this is how a lot of people like to think their meat is raised and farmed, but the reality is there are almost no farms like this anymore!! Kudos to this guy for continuing to run an honest business.

38) Love this video the farmer was super nice!

39) I wish he was my dad ☺.

40) This guy deserves all the awards.

41) This is how everything should be raised. This is nice. I like this.

42) Respects to this guy. He has his farming done right.

43) I am not vegan but am staunchly against factory farming so it's great to see people showing the healthy more ethical side of farm raised animals.

44) What a beautiful farm. this man obviously cares about the health and wellbeing of his animals. he even names some of them. it's possible to eat meat while having respect for the life it took to feed you.

45) What an interesting man, I see a lot of positive comments from vegans that are saying if you are going to eat meat buy it from farmers like this gentleman.

46) He seems amazing tbh, so much care for what he does.

47) I wish all farms were like this. Eating meat isn't a problem how the animals are treated is the problem.

48) He seems like a really nice humble man.

49) This man is great he knows how raise animals for meat. I don't eat meat but this man makes me happy his animals have lived happy and healthy lives.

50) Every farm should be like this.

51) My favorite buzz feed video yet! I feel that people forget where their food comes from, and don't have respect for it. I wish that the reason were more farmers like him.

52) I really like that guy, he seems like a very calm chill dude ^^

53) You can tell that guys proud of his farm, so he should be! Looks beautiful there.

54) That man with the smile and the milk dripping from his face, not feeling the need to wipe himself... that´s pure man.

55) This is how farming should be done.

56) I like this guy that's how I raise my animals they are raised for food but I love them and care for them while they are here😀MORE POSITIVE MEAT FLAVORS TO!!!!!!😆☺☺.

57) I wish I could meet this man Anshu. He looks like the most humble, interesting guy I've seen recently. His life must be peaceful.

58) This is one of the coolest things I have ever seen ever. That man is so humble and kind. I love the way he feels about his animals and line of work. I am hugely against industrial farming, herding, and slaughtering so to see this was extremely refreshing and beautiful.

59) This man will always be blessed, amazing.

60) This is how should animals ne raised to be food not like in the factories.........

61) Indians (mostly the elder ones) are one of the most humble and friendly people that I have ever met.

62) What a nice guy.

63) I wish all animals were raised like this. They deserve it. and I love this guy lol.

64) I want to be Anshu.

65) I honestly just want to live on that farm with that guy and help him out because it honestly looks fun.

66) Aweee this farmer is just the cutest, so damn friendly.

67) It's nice that he treats his animals kindly, and gives them love. That's how all animals used for food should be treated. They should die happy, not in some crowded cage in its own feces.

68) I'm a vegetarian but I love this. I love the way he cares for the animals and loves them. I mean everybody says "they're just gonna die anyways, it doesn't matter how they're raised" but I mean, we all are gonna die but we all try to make it as fulfilling as ever. so I really appreciate how this guy farms, because everything else is all factories.

69) This dude was so chill & I love it.

70) All animal used for food should be raised like this.

71) I love this guy.

72) I'm a vegetarian but it's good to know that he treats his animals nicely.

73) I think I've seen Anshu on like 4 other channels hahahah love that guy.

74) Anshu's the man.

75) As a vet student, this farm makes me incredibly happy. The man understands that an animal's stress will produce a less quality carcass, and has given them the perfect life up until slaughter. I am sure he tries to avoid stress in slaughter as

well. And much of the world eats goats, I haven't tried it myself but I hear it's amazing.

76) Anshu appears to be a really cool, friendly, guy.

77) I wouldn't be a vegetarian if all animals were treated like this. It's lovely.

78) This is how animals should be raised.

79) I love this guy! He was so humble and happy to see them all enjoying his food!

80) I am vegan, I would obviously never eat the meat, but I support the fact that if someone HAS to eat meat, this is probably the best way.

81) This is how everything should be raised. This is nice. I like this.

82) Oh my goodness I love this.

83) This is how we should raise all the animals we use for food. We treat our animals like a factory, just a product to be made and sold. We forget that animals are living creatures too. They should be treated well, like this man treats his animals. A+ for him.

84) The Farmer is nice. I want to meet him.

85) Anshu seems like such a cool guy.

86) I think somehow we could say this an educational video.. cool vid.

87) I love the way this man respects his animals. This is how farm animals should be treated...loved and respected for the sacrifice they make in order for us to eat.

88) I'd love to see this become the standard method of meat production in my lifetime. not likely, but one can hope.

89) That farmer is hella cool yo!

90) Man that farm owner is so cool.

91) I bet If more farmers raised their stock like this man, we'd have a lot less vegans around. Give 'em a good life and a quick death so they can go on to be nourishment for something else. Circle of life my friends.

92) I like how he says 'enough water for everybody" in reference to his animals :) like his friends.

93) THIS is what farming should look like in America. There should be no factories, no small cages, no animal cruelty.

94) What a nice man, came to the states legally, built himself a great life, and respects the American way of life. Why do so many people agree with letting people who illegally snuck into our country stay, provide them with welfare, and conform to their culture?

95) This guy is fantastic.

96) I may be wrong on this, but is this the same guy as skippy62able's "What Happens When A Human Tries to Steal Eggs From An Ostrich Nest" video? He seems really familiar, if it is he's a pretty cool guy.

97) I'm not vegan but I like the way he treats his animals.

98) I like this. He raises the animals for meat, but he treats them like family. He knows he's gonna kill the animals one day, but he keeps them heatlhly, well raised, and raised like family. It's sad to know that some people raise animals like trash. Anshu is a great a kind guy. I like him.

99) This farm looks after there animals well. They look so happy and healthy! What a good life they would have had!

100)    I kinda have an old man crush on the farmer.

101)    I love Anshu!

102)    This guy is doing what he does, the best way it can be done. As an animal lover, I wish all meat farmers were like him. Props to you, Anshu, you're great.

103)    There's a lot of people commenting upset that it wasn't shown how the animals were slaughtered and "how can you nicely kill an animal?" has any one of these people realized animals in nature are absolutely brutal to the animals they kill? they rip each other to shreds and leave the bodies to rot in the woods. there is no "nice way" to kill an animal, but that doesn't mean we should halt doing so entirely - i think it should just be quick an efficient. meat is a way for us to get protein and nutrition. i love this farmer and how he treats his animals, and would like to see more farms like his, but i personally think it's fruitless to be upset about deaths of animals we eat.

104)    Isn't it ironic how he's Indian but he has a meat farm.

105)   I'm a vegetarian, but it makes me glad to see animals raised in these conditions. If you are going to consume meat, remember animals deserve dignity and looking for well-kept meat like this is the best option for you and the world.

106)   I would definitely buy meat from this man knowing that the animals have lived a good life. Also he looks like a really nice person.

107)   I wanna be like him :(

108)   This is how all animals should be raised before they are eaten.

109)   I'm glad animals are raised this way at that guys farm, not kept in tiny spaces and being slaughtered in inhumane ways.

110)   THIS is how you raise an animal. With respect and love. You care for it. Because unlike plants, animals are more than food. Anshu is just an incredible person for doing this, and i have to say, there are so many edible animals in this world that we are not consuming...wild meat is the best!

111)   This guy is a great guy! He's even on L.A. beast's ostrich video where he chases away ostriches.

112)   I really love this farmer. Beautiful heart in the way he raises his animals.

113)   Watching this made me happy.

114)   Anshu seems like a really nice guy to be around.

115)   I'm a vegan and yet I see this as okay...I really wish all meat raised animals were raised like this instead of being crammed in a tight space, with little food, and abuse. This is the humane way to raise animals for slaughter. I'm proud if this guy!

116)   He seems like such a genuinely nice person :-)

117)   This is the way animals that we kill for food should be raised. Show them with love. Good man. Great farmer.

118)   I like his philosophy.

119)   Farmer was super nice. But in reality to feed everyone in America who wants meat requires some of those animal factories. I don't like it, but most Americans cannot afford free-range organic meat.

120)   Props to Buzzfeed for finding awesome people like Anshu and give him a spotlight.

121)     The farmer was so sweet :)

122)     Good to see nice responsible farming. how it should be.

123)     Wow, those animals are loved & well taken care of. Beautiful farm.

124)     His so nice. Most farmers are only raising animals for meat and money.
They basically hit and abuse the animals to get it to do whatever he/she wants it to
do. But Anshu is a really nice guy. And treats the animals like it should be treated.
:)

125)     I actually want a friend like Anshu.

126)     Anshu is legit goals 🐰☺.

127)     I'm vegan and against eating meat but if all animals that we eat were
raised like this man raises his animals everything that we eat would most likely
taste better, and the animals would live a happy life so I still highly respect this
man and his care for the animals although I am vegan.

128)     I wish more farms were like his.

129)     If I ever had to eat meat or animal product I would want it to be raised like
this. :)

130)     We owe it to give the animals we eat the best life possible.

131)     This farmer is so well respected for how he feeds, treats, houses, and loves
his animals.  He ensures that they live a good, healthy, and happy life before we
use them to keep humans and other animals fed.

132)     I don't eat meat, but I wanna meet this guy just to have a conversation. He
probably has a ton of cool stories.

133)     Aw he seems like a sweet farmer.

134)     Modern day food industry can learn something about this. Governments
have to do something about them.

135)     I think this is how farming should be.

136)     I hope to own a farm like his one day.

137)     That's how animals should be raised. Great great guy and a huge thank
you. Support your local farms, everyone. Know where your meat is coming from.

138)     He is a really cool guy.

139)     I LOVE THIS!

140)    Anshu is cool.

141)    Good to know they're treated nicely before they're slaughtered for human consumption.

142)    This is how all farm animals should be raised.

143)    All meat should be raised like this.

144)    If you do eat meat, it should be raised like this. The problem is that most meat is NOT raised like this which is probably one of the top reasons why I'm going vegan once I hit college. For example, the four biggest meat corporations control over 80% of all the beef slaughtered. And I think we all know how different factory farms are from Anshu's farm.

145)    "The way I raised them is...the way they should be raised."

146)    I'm glad that he takes good care of the animals.

147)    I want to marry Anshu he is so nice omg.

148)    I love Anshu man:')

149)    Factory farms could learn a thing or two from Anshu.

150)    I loved this.

151)    Man..I would straight up live with that guy just for the food!

152)    He seems like such a genuinely sweet man! He cares about what he does, and he cares about the animals just as much! It was beautiful to see such passion and friendliness.

153)    This is how all farming should be.

## UNJUST ENRICHMENT SCHEME OF YAHOO AND MICROSOFT CASE # 1

37. Defendant YAHOO and MICROSOFT sells Plaintiff's Trademarks as "Key Words" to their advertisers without Plaintiff's knowledge.

38. Defendant YAHOO and MICROSOFT sells Plaintiff's Trademarks as "Key Words" to their advertisers without Plaintiff's written permission.

39. Plaintiff sent "CEASE AND DESIST" notice to ELKUSA (WWW.ELKUSA.COM) for Trademark Infringement.

40. Plaintiff received following e-mail from a competitor/advertiser on May 29, 2016.

**From: Rich <antler333@gmail.com>**
**To: anshupathak <anshupathak@aol.com>**

**Sent: Sun, May 29, 2016 4:21 pm**
**Subject: Possible Trademark infringement**

**Anshu Pathak**
**5615 S. Cameron St; Unit 7**
**Las Vegas, NV 89118**
**Email: anshupathak@aol.com**
**May 29, 2016**

I am in receipt of your assertion of trademark infringement regarding federal trademarks for Exotic Meat Market.  I have reviewed your two current live trademarks for Exotic Meat Market and find them to be in order.

After a brief search of my current keyword programs, I can find no advertising, nor solicitations for the term "Exotic Meat Market" in any of my current keyword programs.  Please cite specific examples of the possible infringement.

In good faith, since I too am a trademark holder and pending a fair resolution of this issue, I have suspended a portion of my keyword program to limit any possible infringement.

However, as we continue to review our legal and advertising status, we will need to know some of the specific examples for which you are claiming infringement.

Thank you for your attention.

**Rich Forrest**
**Mountain Velvet Ltd.**
**DBA Grande Natural Meats**

    41. Plaintiff received following e-mail from a competitor/advertiser on May 30, 2016.
**From: Rich <antler333@gmail.com>**
**Date: 5/30/16 9:46 AM (GMT-08:00)**
**To: Anshu Pathak <anshupathak@aol.com>**
**Subject: Re: Possible Trademark infringement**

**Greetings Anshu:**

Thank you for the screen shots.  It would seem Yahoo (aka Bing) is creating this problem.  Exotic Meat Market WAS NOT one of my keywords for my rabbit advertising, yet the search engine decided that somehow my ad was suitable for that kind of search.

As such, I will apologize for Yahoo's mistakes in their aggressiveness to sell ad space.

In an effort to fix the problem, I have added a negative keyword phrase "Exotic Meat Market" to all Yahoo (Bing) keyword campaigns.

Please let me know if any other searches result in unintentional infringement of Exotic Meat Market.

Thank you for your patience.

Rich
Grande Meats

42. Plaintiff received following e-mail from a competitor on May 31, 2016.

From: Rich <antler333@gmail.com>
To: Anshu Pathak <anshupathak@aol.com>
Sent: Tue, May 31, 2016 7:48 am
Subject: Re: Trademark infringement - ElkUSA
Anshu:

Thank you for your attention in solving this problem.  All my current ad programs have been covered by negative key words.

Please know that no intentional infringement occurred, but the pay per click search mechanisms seem to get to too aggressive sometimes.  As such, should you find another possible infringement on Exotic Meat Market, just let me know and I can figure out a block on that particular search engine when it goes beyond my actual keywords.

I noticed that today grassfedtraditions replaced me and yesterday it was buffalogal.  Seems that the Bing PPC (Yahoo and MSN) likes to "fluff up" its advertiser listings.  Perhaps they need a letter.

rich
grande meats.

On Tue, May 31, 2016 at 7:14 AM, <anshupathak@aol.com> wrote:

Good Morning Rich,

Thank you.

Have you checked your invoices from last three years for your key words? That will help you to understand the infringement of my Trademark.

At this point, I will not file a civil action against your business. But in future, if I will notice further infringement, I will be forced to file the civil action to protect my Trademark rights.

You have been a Gentleman.

Best

**Anshu Pathak**

-----Original Message-----
From: Rich <antler333@gmail.com>
To: anshupathak <anshupathak@aol.com>
Sent: Tue, May 31, 2016 5:19 am
Subject: Re: Possible Trademark infringement

**I have added the negative key word "Exotic Meat Market" to all my pay per click advertising programs. That should cure any more problems.**

**Rich**
**grande meats**

### UNJUST ENRICHMENT SCHEME OF YAHOO AND MICROSOFT CASE # 2

43. The world is spending more than $ 4.8 billion a year on pay-per-click advertising through YAHOO and $16.8 Billion MICROSOFT alone. YAHOO'S keyword advertising, allows advertisers to purchase or bid on certain keywords. When a user searches for these words, links to the advertisers' websites appear in a "Sponsored Links" section of the search results. In addition, advertisements with keywords can appear throughout the YAHOO network – including on YAHOO Maps, YAHOO Product Search and YAHOO Groups websites along with websites of affiliated entities. When the keywords at issue are comprised of generic terms, there are few objections. But when the keywords include trademarks, intellectual property owners understandably believe the goodwill associated with their marks is being improperly utilized to direct traffic to third party websites. Examples of these objection-raising third-party websites could include competitor websites, unauthorized retailers, sites offering counterfeit goods or services, or sites designed to appear as neutral information sources that are actually backed by a competing company.

44. Defendant YAHOO and MICROSOFT "adds" Plaintiff's Trademarks as "Key Words" to their advertisers "bidding list" at Plaintiff's expense. (loss of Plaintiff's business)

45. Defendant YAHOO and MICROSOFT "adds" Plaintiff's Trademarks as "Key Words" to their advertisers "bidding list" without Plaintiff's written permission.

46. Plaintiff sent "CEASE AND DESIST" notice to BROKEN ARROW RANCH (WWW.BROKENARROWRANCH.COM) for Trademark Infringement based on following screen shot dated December 15, 2013.

47. The owner of BROKEN ARROW RANCH (WWW.BROKENARROWRANCH.COM)
    confirmed by electronic mail that he did not add Key Word, "EXOTIC MEAT
    MARKET."

48. Defendant YAHOO and MICROSOFT were adding Plaintiff's Key Word "EXOTIC
    MEAT MARKET" on "BIDDING LIST" of advertisers and stealing intellectual property
    of Plaintiff without his knowledge.

49. Defendant YAHOO and MICROSOFT were stealing intellectual property of Plaintiff
    without Plaintiff's knowledge.

50. Defendant YAHOO claims that following advertisers are bidding for the key word
    "LION MEAT FOR SALE" as of September 4, 2016.

    a.  http://www.mancrates.com/crates/exotic-meats?gclid=CK-
        G9sre9c4CFVKIfgod964EuA

    b.  https://www.steaksandgame.com/wagyu-strip-loin-ms8-whole-cut-to-order-
        182?utm_source=google&utm_medium=cse&utm_campaign=google_shopping&
        utm_content=6306803&gclid=CLCmpOXe9c4CFYqCfgodD_UEwA

    c.  http://www.omahasteaks.com/product/Private-Reserve%AE-Top-Sirloins-4-8-oz-
        00981?AID=1&SRC=AE2886&ITMSUF=NSF&KPID=981&gclid=CJbKtobf9c
        4CFRSEfgod8acGHQ

    d.  http://www.cabelas.com/product/Cabelas-Wild-Game-Steaks-Four-
        Pack/747398.uts?productVariantId=1671389&WT.tsrc=PPC&WT.mc_id=Google

ProductAds&WT.z_mc_id1=60016669&rid=20&gclid=CPKl4qDf9c4CFYdcfgo
d7XcANQ&gclsrc=aw.ds

   e.  http://www.britsuperstore.com/usa/food.html?gclid=CO-
yt7Hf9c4CFQpsfgod1A8Cfg&p=381#products-list-item-46753

   f.  http://www.omahasteaks.com/product/Filet-Mignons-8-5-oz-
00464?AID=1&SRC=AE2886&ITMSUF=NSF&KPID=464&gclid=CI6_xc3f9c4
CFVKIfgodawIFdQ

   g.  http://www.omahasteaks.com/product/The-Complete-Treat-
04109?AID=1&SRC=AE2886&ITMSUF=NSF&KPID=4109&gclid=CLvAnuHf
9c4CFQtXfgodBcwPxg

   h.  http://www.bonanza.com/listings/Vintage-photo-of-A-lion-having-his-fresh-meat-
/371950516?goog_pla=1&gpid=6841646021&keyword=&goog_pla=1&pos=2o
8&ad_type=pla&gclid=CObt2YXg9c4CFUhufgodTcYM0A







51. Defendant YAHOO claims that on September 5, 2016 following advertisers are bidding voluntarily for Plaintiff's Trademark "EXOTIC MEAT MARKET" as KEY WORD.

















52. Defendant YAHOO claims that on September 5, 2016 following advertisers are bidding voluntarily for Plaintiff's Trademark "EXOTIC HOT DOG OF THE MONTH CLUB" as KEY WORD.













53. Defendant YAHOO claims that following advertisers bid for the KEY WORD "LION
MEAT" on September 5, 2016.

54. Defendant YAHOO claims that following advertisers bid for the KEY WORD "LION
MEAT FOR SALE" on September 5, 2016.



55. Defendant YAHOO claims that following advertisers bid for the KEY WORD "BEAR MEAT" on September 5, 2016.

56. Defendant YAHOO claims that following advertisers bid for the KEY WORD "BEAR MEAT FOR SALE" on September 5, 2016.





57. Defendant YAHOO claims that following advertisers bid for the KEY WORD "ZEBRA MEAT FOR SALE" on September 5, 2016.





58. Horse Meat is illegal to sell in United States of America.

59. Defendant YAHOO claims that following advertisers bid for the KEY WORD "HORSE MEAT FOR SALE" on September 5, 2016.



60. Tiger Meat is illegal to sell in United States of America.

61. Defendant YAHOO claims that following advertisers bid for the KEY WORD "TIGER MEAT FOR SALE" on September 5, 2016.



62. Panda Meat is illegal to sell in United States of America.

63. Defendant YAHOO claims that following advertisers bid for the KEY WORD "PANDA MEAT FOR SALE" on September 5, 2016.





64. Panda Meat is illegal to sell in United States of America.

65. Defendant YAHOO claims that following advertisers bid for the KEY WORD "FRESH PANDA MEAT FOR SALE" on September 5, 2016.



66. Whale Meat is illegal to sell in United States of America.

67. Defendant YAHOO claims that following advertisers bid for the KEY WORD "WHALE MEAT FOR SALE" on September 5, 2016.





















1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



















G exotic meat market    ×

https://www.google.com/webhp?sourceid=chrome-instant&ion=1&espv=26&ie=UTF-8#q=exotic+meat+market

exotic meat market

All    Shopping    Maps    Videos    Images    More ▾    Search tools

About 154,000 results (0.43 seconds)

**Exotic Meat Market. Exotic Meats, Game Meats, Steaks, Kobe Beef**
www.**exoticmeatmarkets**.com/ ▾
Exotic Meat Market is a distributor of Exotic Meats. Exotic sausages. Exotic hot dogs and Exotic burgers made from legally harvested Lion Meat. Camel Meat ...
Alligator Meat · About Us · Brain · Zebra Meat

**Meet The Man Who Raises And Sells Exotic Animal Meat. From ... - LAist**
laist.com/2015/01/08/anshu_pathak_lion_meat_exotic_meat_riverside.php ▾
Jan 6, 2015 - Anshu Pathak owns Exotic Meat Market in Perris, California, which sells a roster of exotic meats that reads more like a zoo tenant list than a ...

**Exotic Meat Market - Grand Terrace, CA | Groupon**
www.groupon.com › Local › California › Grand Terrace › Retail ▾ Groupon ▾
★★★★☆  Rating: 63% - 18 reviews
Burgers don't have to be made out of beef. At Exotic Meat Market, the patties are often made of anything but—kangaroo, reindeer, and alligator, to name just a ...

**Exotic Meat Market Inc. | Facebook**
www.facebook.com › Places › Perris, California › Butcher Shop ▾
12210 Michigan St #13, Perris, CA 92571 · California  12589 likes · 23 talking about this. Welcome to Exotic Meat Markets, the home of Exotic and Wild...

**Exotic Meat Market - 22 Reviews - Meat Shops - 12210 Michigan St ...**
www.yelp.com › Food › Specialty Food › Meat Shops ▾ Yelp ▾
★★★      Rating: 3 - 22 reviews - Price range: $$$

Saskate Grand Terr

**Exotic Meat Market**
5.6 ★★★★☆ · 20 Google reviews
Meat Processor

Website    Directions

**Address:** 12210 Michigan St #13, Grand Terrace, CA 92313
**Phone:** (951) 667-0022
**Hours:** Open today · 3AM–6PM ▾

Suggest an edit

Reviews                Write a review   Add a photo
"All I did was put on some salt and pepper and put it in the oven broiler."
"Most disgusting business ... nothing but a scam."



G exotic hot dog of th    ×

https://www.google.com/webhp?sourceid=chrome-instant&ion=1&espv=26&ie=UTF-8#q=exotic+hot+dog+of+the+month+club&start=10

Dog Of The Month Club · Exotic Sausage of the Month Club.

**National Mustard Day at the Mustard Museum**
mustardmuseum.com/2016-national-mustard-day/ ▾
Aug 6, 2016 - Oh, and the many mustards available for hot dogs and tastings are also spicy, sweet, exotic, and hot... (NOTE: event information listed below is ...

**Gourmet Food Clubs**
Ad www.zingermans.com/ ▾
4.7 ★★★★☆  rating for zingermans.com
Bacon, Bread & More Monthly Clubs. Free Shipping Anywhere in America
Meats & Cheeses · Breads & Pastries · Olive Oils & Vinegars · As Seen on Food Network
More Monthly Clubs · Bread Club

**Of Month Clubs - Finest Gourmet Foods Home Delivered**
Ad www.murrayscheese.com/gourmet-clubs ▾ (866) 692-4339
Memberships Starting At 4 Months

**Boar's Head Sausage**
Ad www.boarshead.com/Franks ▾
Try our Delicious Skinless Hot Smoked Sausage. Learn More Now!

Searches related to exotic hot dog of the month club

exotic hot dog recipes        meat of the month club
exotic hot dog toppings       gourmet hot dog
sausage of the month club

‹ Goooooooooogle ›
Previous    1 2 3 4 5 6 7 8 9 10    Next















































































**AOL.**  exotic meat market  [SEARCH]

Web  Images  Videos  News  More ▾  Tools                    SafeSearch ▾

Page 3 of about ~100 900 results

Ads related to exotic meat market ⓘ

**Exotic Meat Market - Exotic Meat Market** from $12
http://www.groupon.com
**Exotic Meat Market** from $12. Save 57% Off Today With Groupon
50% Off Exotic Meat Market - Grand Terrace, CA | Groupon
4.0 ★★★★★ rating for groupon.com

70% Off Restaurant Deals       Best Online Coupons
Electronics, Goods & More       Exclusive Travel Deals
Fun Things to Do               Relax with Spa Deals

**Blue Apron - $40 Off | blueapron.com**
www.blueapron.com
Premium **meats**, sustainable seafood & fresh produce delivered weekly.
Blue Apron: Fresh Ingredients, Original Recipes, Delivered to You
Try It Today        How It Works
Shop the **Market**    Blue Apron Reviews
Our Suppliers       On the Menu

**Farm Fresh Meat** Boxes | getbutcherbox.com
getbutcherbox.com
Farm Fresh Organic Chicken & Premium Cut Grass-Fed Beef Boxes!
Get Started - Why Grass Fed - About The Box - Login

Web Results

**The Exotic Meat Market | Made Man**
www.mademan.com/the-exotic-meat-market
Hamburgers are really quite boring. Hot dogs are so blasé. What you really want to get your
hands on is a succulent, seared, lemon-pepper lion meat

Ads ⓘ
**Exotic Meat** at Amazon.com
www.Amazon.com/Grocery
Buy Meat & Poultry and Save. Free Shipping on
Qualified Orders.
Categories: Books, Movies and more

Related Searches

**Exotic Meat Market** California

**Exotic Meat Market** Houston

**Exotic Meats** for Sale

Moose **Meat** for Sale

Wild Game **Meat** for Sale

**Exotic Meats** Lion

Moose **Meat** for Sale USA

Alaska Moose **Meat** for Sale

**AOL.**  exotic meat market  [SEARCH]

Web  Images  Videos  News  More ▾  Tools                    SafeSearch ▾

Page 5 of about ~100 900 results

Ads related to exotic meat market ⓘ

**Exotic Meat Market - Exotic Meat Market** from $12
http://www.groupon.com
**Exotic Meat Market** from $12. Save 57% Off Today With Groupon
50% Off Exotic Meat Market - Grand Terrace, CA | Groupon
4.0 ★★★★★ rating for groupon.com

70% Off Restaurant Deals       Best Online Coupons
Electronics, Goods & More       Exclusive Travel Deals
Fun Things to Do               Relax with Spa Deals

**Blue Apron - $40 Off | blueapron.com**
www.blueapron.com
Premium **meats**, sustainable seafood & fresh produce delivered weekly.
Blue Apron: Fresh Ingredients, Original Recipes, Delivered to You
Try It Today        How It Works
Shop the **Market**    Blue Apron Reviews
Our Suppliers       On the Menu

**Farm Fresh Meat** Boxes | getbutcherbox.com
getbutcherbox.com
Farm Fresh Organic Chicken & Premium Cut Grass-Fed Beef Boxes!
Get Started - Why Grass Fed - About The Box - Login

**Exotic Meat Market - Exotic Meat Market** Search Now!
About.com/Exotic Meat Market
**Exotic Meat Market** Search Now! Over 65 Million Visitors.
Search About.com - About.com Home - The About.com Story - 100+ Topics

Meats Canned at Amazon - Free Shipping on Qualified Orders

Ads ⓘ
butcher **meat** grinder
www.MeatProcessingProducts.com
Home & commercial **meat** & food grinders for
less!

**Exotic Meats** | Shop411.com
Shop411.com/Exotic Meats
Find our Lowest Possible Price! Search for
**Exotic Meats**
Categories: Poultry, Books and more

**Exotic Meats** | Ask.com
Ask.com/Exotic Meats
Search for **Exotic Meats**. Look Up Results on
Ask.com

40% Off Grass-fed Bison
www.grassfedtraditions.com
Produced by family farms with animals that
graze on pasture!

**Man Crates for Real Men**
mancrates.com/beef-jerky-gifts
No bows, no ribbons, no fluff. Awesome beef
jerky gifts for men

Related Searches

**Exotic Meat Market** California

Premium **meats**, sustainable seafood & fresh produce delivered weekly.
Blue Apron. Fresh Ingredients. Original Recipes. Delivered to You

Try it Today | How It Works
Shop the Market | Blue Apron Reviews
Our Suppliers | On the Menu

**Farm Fresh Meat Boxes | getbutcherbox.com**
getbutcherbox.com
Farm-Fresh Organic Chicken & Premium Cut Grass-Fed Beef Boxes!
Get Started - Why Grass Fed - About The Box - Login

**Exotic Meat Market - Exotic Meat Market** Search Now!
About.com/**Exotic Meat Market**
**Exotic Meat Market** Search Now! Over 85 Million Visitors.
Search About.com - About.com Home - The About.com Story - 100+ Topics

**Meats** Canned at Amazon - Free Shipping on Qualified Orders
www.Amazon.com/Grocery
Free Shipping on Qualified Orders. Buy Groceries at Amazon & Save.
Amazon Wine - Breakfast Foods - Beverages & Coffee - Snack Food

Searches related to **exotic meat market**

| | |
|---|---|
| **Exotic Meat Market** California | Wild Game Meat for Sale |
| **Exotic Meat Market** Houston | **Exotic Meats** Lion |
| **Exotic Meats** for Sale | Moose Meat for Sale USA |
| Moose Meat for Sale | Alaska Moose Meat for Sale |

Prev   1  2  3  4  **5**  6  7  8  9  10   Next

**Aol**
**Search.**

| exotic meat market | SEARCH |
|---|---|

About Page | Help | Give Feedback | Privacy Policy | Terms of Service | About Our Ads | Powered by Bing™
© AOL Inc. All Rights Reserved.

---

**Aol.**

| exotic meat market | SEARCH |
|---|---|

Sign In

Web   Images   Videos   News   More –   Tools          SafeSearch –

Page 5 of 4,125,568 results

Ads related to exotic meat market ⓘ

**Blue Apron - $40 Off | blueapron.com**
www.blueapron.com
Premium **meats**, sustainable seafood & fresh produce delivered weekly.
Blue Apron. Fresh Ingredients. Original Recipes. Delivered to You

Try it Today | How It Works
Dinner is easy w/ Blue Apron's | Fresh ingredients & great recipes
fresh ingredients & recipes | delivered weekly to your home
Shop the Market | Blue Apron Reviews
Our culinary teams hand-selected | The reviews are in! See what people
kitchen essentials | are saying about Blue Apron

Web Results

**PATHAK v. EXOTIC MEAT MARKET, INC - Leagle.com**
www.leagle.com/decision/in FDCO 2016050JF62/PATHAK v. EXOTIC MEAT
Order Directing Exotic **Meat Market**, Inc. to Retain Counsel or Face Default. JENNIFER A
DORSEY, District Judge. Anjum Pathak sues Exotic **Meat Market**, Inc. for fraud

**Village Meat and Wine**
villagemeatandwine.com
Village Meat and Wine Voted #1 Gourmet **Meat Market** By Las Vegas Life Magazine. Home
**Exotic Meats**. Recipes. Company. Contact. 5026 S. Eastern Ave Ste23 Las Vegas

**Maplewood Meat Market**
maplewoodmeat.com
The Maplewood **Meat Market** has been serving our community for more than 65 years. We are
your headquarters for quality beef, pork, veal, lamb and chicken.

**Exotic Jerky | Mountain America Jerky**
https://mountainamericajerky.com/products/exotic-jerky
A collection of specialty exotic meat jerky from around the world. All of our Exotic Jerky is

Ads

**Exotic Meat | Gratefulgoose.com**
Gratefulgoose.com/**Exotic Meat**
Save On **Exotic Meat**

**Elk Steak | Cabelas.com**
www.Cabelas.com
Find a Huge Variety of Gourmet **Meats** at
Cabela's®. Order Now!

**Exotic Meat - Bargain Prices.**
bizrate.com
Bargain Prices. Smart Deals. Explore **Exotic
Meat**!
Types: Beef, Buffalo and more

**Bulk Meat Delivery | 1and1com**
1and1com/Bulk Meat Delivery
Search for Bulk Meat Delivery Find Bulk Meat
Delivery Now

**Hayes Meats Gourmet Foods**
www.Webcrawler.com
Search multiple engines for hayes meats
gourmet foods

Related Searches

**Exotic Meat Market** California
**Exotic Meat Market** Houston







**DEFENDANT YAHOO AND ASSOCIATES BLOCKED PLAINTIFF'S ON-LINE**

**RETAIL STORE FROM INTERNET**

68. Defendant YAHOO and their associates blocked Plaintiff's on-line retail store after Plaintiff gave Trademark Infringement Notice to advertisers of Defendant YAHOO.

## DEFENDANT YAHOO GAVE NOTICE TO TERMINATE PLAINTIFF'S ONLINE RETAIL STORES

69. Defendant YAHOO gave notice to terminate Plaintiff's on-line retail stores after Plaintiff gave Trademark Infringement Notice to advertisers of Defendant YAHOO. [All Exhibits]

70. Yahoo claims that the advertiser is responsible for ensuring that use of keywords and ad content, including trademarks and logos, does not infringe or violate the intellectual property rights of others.

71. Yahoo claims that they appreciates the importance of trademarks and takes allegations of trademark infringement seriously. Yahoo prohibits infringement of trademarks and other intellectual property by advertisers. If a trademark owner is concerned that their trademark is being used improperly in ad text, the owner should first contact the advertiser directly to address the issue. If dissatisfied with the outcome, the owner may also wish to contact Yahoo. Please note that Yahoo is not a mediator.

### FIRST CAUSE OF ACTION
### [Unjust Enrichment]
### (Against All Defendants)

72. Plaintiff re-alleges and incorporates by reference each and every allegation set forth in above paragraphs, inclusive.

73. Plaintiff is the owner of Trademark, "EXOTIC MEAT MARKET." [Exhibit 1]

74. Plaintiff is the owner of Trademark, "EXOTIC HOT DOG OF THE MONTH CLUB." [Exhibit 2]

75. Defendants own search engines.

76. Advertisers bids on "Key Words" on Defendants search engines to sell their products and services.

77. Defendants add Plaintiff's Trademarks as "Key Words" to advertiser's "Bidding List" without knowledge of Plaintiff.

78. Defendants add Plaintiff's Trademarks as "Key Words" to advertiser's "Bidding List" without permission of Plaintiff.

79. Defendant YAHOO added Plaintiff's Trademarks as "Key Word" on their advertiser's "bidding list" without permission of Plaintiff.

80. Defendant MICROSOFT added Plaintiff's Trademarks as "Key Word" on their advertiser's "bidding list" without permission of Plaintiff.

81. By reasons of the foregoing facts, Plaintiff has suffered financial losses.

82. By reasons of the foregoing facts, Plaintiff's Trademarks are infringed.

83. By reasons of the foregoing facts, Plaintiff's Trademarks are diluted.

84. By reasons of the foregoing facts, Plaintiff has lost sales in past.

85. By reasons of the foregoing facts, Defendants and each of them, have become unjustly enriched at the expense of Plaintiff by profiting from the use of Plaintiff's Trademark and by realizing monetary gain from their unauthorized use of said mark.

86. A person who has been unjustly enriched at the expense of another is required to make restitution to the other.

87. Defendants and each of them have become unjustly enriched in an amount that cannot be precisely ascertained at this time, but will be ascertained according to proof at trial.

### SECOND CAUSE OF ACTION

### [Demand for Accounting]

### (Against All Defendants)

88. Plaintiff re-alleges and incorporates by reference each and every allegation set forth in above paragraphs, inclusive.

89. Plaintiff is the owner of Trademark, "EXOTIC MEAT MARKET." [Exhibit 1]

90. Plaintiff is the owner of Trademark, "EXOTIC HOT DOG OF THE MONTH CLUB." [Exhibit 2]

91. Defendants own search engines.

92. Advertisers bids on "Key Words" on Defendants search engines to sell their products and services.

93. Defendants add Plaintiff's Trademarks as "Key Words" to advertiser's "Bidding List" without knowledge of Plaintiff.

94. Defendants add Plaintiff's Trademarks as "Key Words" to advertiser's "Bidding List" without permission of Plaintiff.

95. Defendant YAHOO added Plaintiff's Trademarks as "Key Word" on their advertiser's "bidding list" without permission of Plaintiff.

96. Defendant MICROSOFT added Plaintiff's Trademarks as "Key Word" on their advertiser's "bidding list" without permission of Plaintiff.

97. By reasons of the foregoing facts, Plaintiff has suffered financial losses.

98. By reasons of the foregoing facts, Plaintiff's Trademarks are infringed.

99. By reasons of the foregoing facts, Plaintiff's Trademarks are diluted.

100. By reasons of the foregoing facts, Plaintiff has lost sales in past.

101. By reasons of the foregoing facts, Defendants and each of them, have become unjustly enriched at the expense of Plaintiff by profiting from the use of Plaintiff's Trademark and by realizing monetary gain from their unauthorized use of said mark.

102. A person who has been unjustly enriched at the expense of another is required to make restitution to the other.

103. As seen above, Plaintiff has an interest in all of the money that is generated from the exploitation of Plaintiff's Trademarks.

104. Plaintiff is informed and believes that Defendants have generated an undetermined, yet substantial amount of money, due to commercial exploitation of Plaintiff's Trademarks.

105. The amount of money due from Defendants is unknown to Plaintiff and cannot be ascertained without an accounting of all the Defendant's financial records related to the sales generated through their infringing activities.

106. As a result of Defendant's actions, or lack thereof, Plaintiff has been damaged in an amount to be proven after an accounting has been conducted. Accordingly, Plaintiff hereby requests that the Court order an accounting of all of Defendant's financial records related to the infringing activities in order to determine the sums rightfully due to Plaintiff. Furthermore, Plaintiff demands that those sums be paid to it.

### THIRD CAUSE OF ACTION

### [Constructive Trust]

### (Against All Defendants)

107. Plaintiff re-alleges and incorporates by reference each and every allegation set forth in above paragraphs, inclusive.

108. Plaintiff is the owner of Trademark, "EXOTIC MEAT MARKET." [Exhibit 1]

109. Plaintiff is the owner of Trademark, "EXOTIC HOT DOG OF THE MONTH CLUB." [Exhibit 2]

110. Defendants own search engines.

111. Advertisers bids on "Key Words" on Defendants search engines to sell their products and services.

112. Defendants add Plaintiff's Trademarks as "Key Words" to advertiser's "Bidding List" without knowledge of Plaintiff.

113. Defendants add Plaintiff's Trademarks as "Key Words" to advertiser's "Bidding List" without permission of Plaintiff.

114. Defendant YAHOO added Plaintiff's Trademarks as "Key Word" on their advertiser's "bidding list" without permission of Plaintiff.

115. Defendant MICROSOFT added Plaintiff's Trademarks as "Key Word" on their advertiser's "bidding list" without permission of Plaintiff.

116. By reasons of the foregoing facts, Plaintiff has suffered financial losses.

117. By reasons of the foregoing facts, Plaintiff's Trademarks are infringed.

118. By reasons of the foregoing facts, Plaintiff's Trademarks are diluted.

119. By reasons of the foregoing facts, Plaintiff has lost sales in past.

120. By reasons of the foregoing facts, Defendants and each of them, have become unjustly enriched at the expense of Plaintiff by profiting from the use of Plaintiff's Trademark and by realizing monetary gain from their unauthorized use of said mark.

121. A person who has been unjustly enriched at the expense of another is required to make restitution to the other.

122. Plaintiff is informed and believes that Defendants have generated an undetermined, yet substantial amount of money, due to commercial exploitation of Plaintiff's Trademarks.

123. As seen above, Plaintiff is entitled to all of the money that is generated from the infringing activities. Plaintiff has not given its consent for Defendants to utilize its Trademarks. Such monies should be placed in a constructive trust until such time as this matter is resolved.

### FORTH CAUSE OF ACTION

### [Permanent Injunction]

### (Against All Defendants)

124. Plaintiff re-alleges and incorporates by reference each and every allegation set forth in above paragraphs, inclusive.

125. Plaintiff is the owner of Trademark, "EXOTIC MEAT MARKET." [Exhibit 1]

126. Plaintiff is the owner of Trademark, "EXOTIC HOT DOG OF THE MONTH CLUB." [Exhibit 2]

127. Defendants own search engines.

128. Advertisers bids on "Key Words" on Defendants search engines to sell their products and services.

129. Defendants add Plaintiff's Trademarks as "Key Words" to advertiser's "Bidding List" without knowledge of Plaintiff.

130. Defendants add Plaintiff's Trademarks as "Key Words" to advertiser's "Bidding List" without permission of Plaintiff.

131. Defendant YAHOO added Plaintiff's Trademarks as "Key Word" on their advertiser's "bidding list" without permission of Plaintiff.

132. Defendant MICROSOFT added Plaintiff's Trademarks as "Key Word" on their advertiser's "bidding list" without permission of Plaintiff.

133. By reasons of the foregoing facts, Plaintiff has suffered financial losses.

134. By reasons of the foregoing facts, Plaintiff's Trademarks are infringed.

135. By reasons of the foregoing facts, Plaintiff's Trademarks are diluted.

136. By reasons of the foregoing facts, Plaintiff has lost sales in past.

137. By reasons of the foregoing facts, Defendants and each of them, have become unjustly enriched at the expense of Plaintiff by profiting from the use of Plaintiff's Trademark and by realizing monetary gain from their unauthorized use of said mark.

138. A person who has been unjustly enriched at the expense of another is required to make restitution to the other.

139. At this time Defendants continue to engage in the aforementioned infringing activity.

140. These actions on behalf of Defendants are wrongful and should be enjoined in that they have caused, and continue to cause, Plaintiff great and irreparable injury.

141. Plaintiff has no other plain, speedy and adequate remedy at law, and the injunctive relief prayed for below is necessary and appropriate at this time to prevent irreparable loss to Plaintiff's interests.

## FIFTH CAUSE OF ACTION

### [Trademark Infringement 15 U.S.C. § 1114 (1) (a)]

### (Against All Defendants)

142. Plaintiff re-alleges and incorporates by reference each and every allegation set forth in above paragraphs, inclusive.

143. Plaintiff is the owner of Trademark, "EXOTIC MEAT MARKET." [Exhibit 1]

144. Plaintiff is the owner of Trademark, "EXOTIC HOT DOG OF THE MONTH CLUB." [Exhibit 2]

145. Defendants own search engines.

146. Advertisers bids on "Key Words" on Defendants search engines to sell their products and services.

147. Defendants add Plaintiff's Trademarks as "Key Words" to advertiser's "Bidding List" without knowledge of Plaintiff.

148. Defendants add Plaintiff's Trademarks as "Key Words" to advertiser's "Bidding List" without permission of Plaintiff.

149. Defendant YAHOO added Plaintiff's Trademarks as "Key Word" on their advertiser's "bidding list" without permission of Plaintiff.

150. Defendant MICROSOFT added Plaintiff's Trademarks as "Key Word" on their advertiser's "bidding list" without permission of Plaintiff.

151. By reasons of the foregoing facts, Plaintiff has suffered financial losses.

152. By reasons of the foregoing facts, Plaintiff's Trademarks are infringed.

153. By reasons of the foregoing facts, Plaintiff's Trademarks are diluted.

154. By reasons of the foregoing facts, Plaintiff has lost sales in past.

155. Defendants continue to add Plaintiff's Trademarks as "Key Word" without knowledge of their advertisers and infringe Plaintiff's Trademark.

156. Defendants infringe Plaintiff's Trademark for their financial benefits.

157. Because defendant's action in using Plaintiff's "EXOTIC MEAT MARKET" and "EXOTIC HOT DOG OF THE MONTH CLUB" marks as key word triggers was intentional and in bad faith, the court should enter an award of enhanced damages under 15 U.S.C. § 1117 (a) (3) in an amount up to three times the actual damages.

158. In addition, because Plaintiff's remedies under 15 U.S.C. § 1117 (a), while necessary, are not sufficient to fully protect Plaintiff's continuing interest in preserving its marks against future infringements by Defendant, Plaintiff is entitled to an injunction against Defendant's use in the future of Plaintiff's registered "EXOTIC MEAT MARKET" and "EXOTIC HOT DOG OF THE MONTH CLUB" marks, or any colorable imitation or confusingly similar variation of Plaintiff's "EXOTIC MEAT MARKET" and "EXOTIC HOT DOG OF THE MONTH CLUB" marks as keyword triggers for any advertisement for the sale of any product other than genuine "EXOTIC MEAT MARKET" and "EXOTIC HOT DOG OF THE MONTH CLUB" products.

159. Plaintiff is also entitled to an injunction prohibiting any other infringing use such as in or as the title for any advertisement for the sale of any product other than genuine "EXOTIC MEAT MARKET" and "EXOTIC HOT DOG OF THE MONTH CLUB" products.

160. Plaintiff is the registered owner of the "EXOTIC MEAT MARKET" and "EXOTIC HOT DOG OF THE MONTH CLUB" marks. [Exhibit 1 and 2]

161. Plaintiff exclusively uses its "EXOTIC MEAT MARKET" and "EXOTIC HOT DOG OF THE MONTH CLUB" marks for his products and services. [Exhibit 1 and 2]

162. As of September 6, 2006 Defendant YAHOO did not stop direct and indirect infringement of Plaintiff's Trademarks after giving them Notice to "CEASE AND DESIST".

163. Plaintiff has lost business revenue due to the acts of Defendants.

164. Plaintiff has not authorized Defendants to use his "EXOTIC MEAT MARKET" and "EXOTIC HOT DOG OF THE MONTH CLUB" marks to sell their advertisements on the Internet.

165. Defendants continued to infringe Plaintiff's Trademark by placing bids as Key Word for Plaintiff's Trademark, "EXOTIC MEAT MARKET" without knowledge of advertisers competing with Plaintiff.

166. Defendants continued to infringe Plaintiff's Trademark by placing bids as Key Word for Plaintiff's Trademark, "EXOTIC HOT DOG OF THE MONTH CLUB" without knowledge of advertisers competing with Plaintiff.

167. Plaintiff has not authorized Defendants to use his "EXOTIC MEAT MARKET" and "EXOTIC HOT DOG OF THE MONTH CLUB" marks to sell their advertisers as "Key Words." [Exhibit 1 and 2]

168. Defendant's activities infringe Plaintiff's Trademark Rights in Violation of §32 (1) of Lanham Act, 15 U.S.C. § 1114 (1).

169. Defendants are thus liable under 15 U.S.C. § 1114 (1) (a) for infringement of Plaintiff's registered Trademarks. [Exhibit 1 and 2]

170. Defendants aforesaid acts of infringement have caused Plaintiff sustain monetary damage, loss and injury, to an extent not yet ascertained.

171. Defendant's activities infringe Plaintiff's Trademark Rights in Violation of §32 (1) of Lanham Act, 15 U.S.C. § 1114 (1).

172. Defendants are thus liable under 15 U.S.C. § 1114 (1) (a) for infringement of Plaintiff's registered Trademarks. [Exhibit 1 and 2]

173. Defendants aforesaid acts of infringement have caused Plaintiff sustain monetary damage, loss and injury, to an extent not yet ascertained.

### SIXTH CAUSE OF ACTION
### ["Passing Off" Under the Lanham Act -15 U.S.C. § 1125 (a)]
### (Against All Defendants)

174. Plaintiff alleges and incorporates by reference each and every allegation set forth in above paragraphs, inclusive.

175. Defendant are thus liable under 15 U.S.C. § 1125(a) for unfair competition by its uses of Plaintiff's registered Trademarks. [Exhibit 1 and 2]

176. Pursuant to 15 U.S.C. § 1117 (a), Plaintiff is entitled to recover Defendant's profits and the cost of the action.

177. Because defendants action in using Plaintiff's Trademarks was intentional and in bad faith, the court should enter an award of enhanced damages under 15 U.S.C. § 1117 (a) (3) in an amount up to three times the actual damages.

178. This case is an exceptional case under 15 U.S.C. § 1117 (a) (3) and Plaintiff should be awarded its reasonable attorney fees.

179. In addition, because Plaintiff's remedies under 15 U.S.C. § 1117 (a), while necessary, are not sufficient to fully protect Plaintiff's continuing interest in preserving its marks

against future infringements by Defendant, Plaintiff is entitled to an injunction against Defendant's use in the future of Plaintiff's registered Trademarks, or any colorable imitation or confusingly similar variation of Plaintiff's Trademarks as keyword triggers for any advertisement for the sale of any product other than genuine Plaintiff's products. Plaintiff is also entitled to an injunction prohibiting any other infringing use such as in or as the title for any advertisement for the sale of any product other than genuine Plaintiff's products.

180. Defendants aforesaid acts of infringement have caused Plaintiff sustain monetary damage, loss and injury, to an extent not yet ascertained.

## SEVENTH CAUSE OF ACTION
### [Trademark Dilution - 15 U.S.C. § 1125 (c)]
### (Against All Defendants)

181. Plaintiff re-alleges and incorporates by reference each and every allegation set forth in above paragraphs, inclusive.

182. Plaintiff's "EXOTIC MEAT MARKET" and "EXOTIC HOT DOG OF THE MOTH CLUB" are famous mark under the common law and under the factors described for protection against dilution in 15 U.S.C. § 1125(c)(2)(A) and transcend the **specific classes of goods and services for which Plaintiff has registered** its "EXOTIC MEAT MARKET" and "EXOTIC HOT DOG OF THE MONTH CLUB" marks. [Exhibit 1 and 2]

183. Defendants use of plaintiff's "EXOTIC MEAT MARKET" and "EXOTIC HOT DOG OF THE MONTH CLUB" marks are likely to cause dilution by blurring of Plaintiff's famous "EXOTIC MEAT MARKET" and "EXOTIC HOT DOG OF THE MONTH CLUB" marks under 15 U.S.C.§ 1125(c)(2)(B). [Exhibit 1 and 2]

184. Pursuant to 15 U.S.C. § 1125(c) (1) and (5). Plaintiff is entitled to an injunction against defendant's use in the future of Plaintiff's registered "EXOTIC MEAT MARKET" marks, or any colorable imitation or confusingly similar variation of plaintiffs "EXOTIC MEAT MARKET" marks, as keyword triggers for any advertisement for the sale of any product other than genuine Plaintiff's products. [Exhibit 1 and 2]

185. Plaintiff is also entitled to an injunction prohibiting any other use that dilutes plaintiff's "EXOTIC MEAT MARKET" marks such as in or as the title for any advertisement for the sale of any product other than genuine Plaintiff's products.

186. In addition, because, on information and belief, Defendant first placed bids for Plaintiff's "EXOTIC HOT DOG OF THE MONTH CLUB" Trademark in commerce on or after December 30, 2013 and because Defendant, willfully intended to trade on the recognition of plaintiff's famous "EXOTIC MEAT MARKET" mark pursuant to 15 U.S.C. § 1125(5) (A) and (B) (i), Plaintiff is also entitled to the remedies set forth in 15 U.S.C. § 1117(a).

187. In addition, because, on information and belief, Defendant first placed bids for Plaintiff's "EXOTIC MEAT MARKET" Trademark in commerce on or after December 30, 2014 and because Defendant, willfully intended to trade on the recognition of plaintiff's famous "EXOTIC MEAT MARKET" mark pursuant to 15 U.S.C. § 1125(5) (A) and (B)

188. Plaintiff is also entitled to the remedies set forth in 15 U.S.C. § 1117(a).

189. Under 15 U.S.C. § 1117(a), Plaintiff is entitled to recover Defendant's profits and the costs of the action.

190. Because defendant's actions in using Plaintiff's registered marks as keyword triggers was intentional and in bad faith, the court should enter an award of enhanced damages under 15 U.S.C. § 1117(a) (3) in an amount up to three times the actual damages. [All Exhibits]

191. This case is an exceptional case under 15 U.S.C. § 1117 (a) (3) and Plaintiff should be awarded its reasonable attorney fees.

### EIGHTH CAUSE OF ACTION

### [Cybersquatting in violation of the Lanham Act § 43(d), 15 U.S.C. § 1125 (d)]

### (Against All Defendants)

192. Because defendant's actions in using Plaintiff's registered marks was intentional and in bad faith, the court should enter an award of enhanced damages under 15 U.S.C. § 1117(a) (3) in an amount up to three times the actual damages. [All Exhibits]

193. Plaintiff re-alleges and incorporates by reference each and every allegation set forth in above paragraphs, inclusive.

194. Plaintiff is the registered owner of the "EXOTIC MEAT MARKET" and "EXOTIC HOT DOG OF THE MONTH CLUB" marks. [Exhibit 1 and 2]

195. Plaintiff exclusively uses its "EXOTIC MEAT MARKET" and "EXOTIC HOT DOG OF THE MONTH CLUB" marks for his products and services. [Exhibit 1 and 2]

196. Defendants are adding plaintiffs exact or virtually the same marks as "Key Words" to their advertisers "Bidding List" at expense of Plaintiff. [Exhibit 1 and 2]

197. Plaintiff exclusively uses its "EXOTIC MEAT MARKET" and "EXOTIC HOT DOG OF THE MONTH CLUB" marks on his products and services. [Exhibit 1 and 2]

198. Defendants are adding Plaintiff's registered Trademarks "EXOTIC MEAT MARKET" and "EXOTIC HOT DOG OF THE MONTH CLUB" as "KEY WORD" to their advertisers "bidding list" is intentional and in bad faith to divert the customers looking for Plaintiff's products and services to their advertisers websites to sell their own products and services.

199. As a direct result of Defendants' actions, Plaintiff has suffered substantial damage, in amount to be proven at trial.

200. Since Defendants' acts have caused Plaintiff irreparable, ongoing injury of a nature that cannot be adequately compensated or measured in damages, Plaintiff has no adequate remedy at law and will suffer immediate and irreparable loss, damage and injury unless Defendant's are restrained and enjoined from continuing to engage in such wrongful conduct.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff prays for judgment against Defendants and each of them as follows.

## **ON THE FIRST CAUSE OF ACTION**

1. That the court adjudges and decrees that all the Defendants have willfully infringed Plaintiff's exclusive rights under trademark law.

2. That the court orders an independent accountant to conduct an accounting of all Defendant's financial records relating to the sales obtained through the exploitation of Plaintiff's Trademarks in order to determine the sums of money owed to Plaintiff;

3. Upon a determination of sums due to Plaintiff, demand is made that those sums be paid to Plaintiff;

4. That the defendants, and those acting in concert with them, be permanently enjoined from engaging in further acts of infringing Plaintiff's Trademarks. [Exhibit 1 and 2]

5. That the defendants, and those acting in concert with them, be permanently enjoined from selling any products carrying any designation resembling Plaintiff's Trademarks. [Exhibit 1 and 2]

6. That Plaintiff is awarded actual damages in an amount proven at trial or minimum of $ 20 Million.

7. That Defendants disgorge all profits derived from their wrongful conduct;

8. Interest at the maximum legal rate;

9. All reasonable attorney's fees and costs incurred herein;

10. For treble damages according to proof at trial;

11. That the court grants such other, further, and different relief as the Court deems just and proper under the circumstances.

## ON THE SECOND CAUSE OF ACTION

1. That the court adjudges and decrees that all the Defendants have willfully infringed Plaintiff's exclusive rights under trademark law.

2. That the court orders an independent accountant to conduct an accounting of all Defendant's financial records relating to the sales obtained through the exploitation of Plaintiff's Trademarks in order to determine the sums of money owed to Plaintiff;

3. Upon a determination of sums due to Plaintiff, demand is made that those sums be paid to Plaintiff;

4. That the defendants, and those acting in concert with them, be permanently enjoined from engaging in further acts of infringing Plaintiff's Trademarks. [Exhibit 1 and 2]

5. That the defendants, and those acting in concert with them, be permanently enjoined from selling any products carrying any designation resembling Plaintiff's Trademarks. [Exhibit 1 and 2]

6. That Plaintiff is awarded actual damages in an amount proven at trial or minimum of $ 20 Million.

7. That Defendants disgorge all profits derived from their wrongful conduct;

8. Interest at the maximum legal rate;

9. All reasonable attorney's fees and costs incurred herein;

10. For treble damages according to proof at trial;

11. That the court grants such other, further, and different relief as the Court deems just and proper under the circumstances.

## ON THE THIRD CAUSE OF ACTION

1. That the court adjudges and decrees that all the Defendants have willfully infringed Plaintiff's exclusive rights under trademark law.

2. That the court orders an independent accountant to conduct an accounting of all Defendant's financial records relating to the sales obtained through the exploitation of Plaintiff's Trademarks in order to determine the sums of money owed to Plaintiff;

3. Upon a determination of sums due to Plaintiff, demand is made that those sums be paid to Plaintiff;

4. That the defendants, and those acting in concert with them, be permanently enjoined from engaging in further acts of infringing Plaintiff's Trademarks. [Exhibit 1 and 2]

5. That the defendants, and those acting in concert with them, be permanently enjoined from selling any products carrying any designation resembling Plaintiff's Trademarks. [Exhibit 1 and 2]

6. That Plaintiff is awarded actual damages in an amount proven at trial or minimum of $ 20 Million.

7. That Defendants disgorge all profits derived from their wrongful conduct;

8. Interest at the maximum legal rate;

9. All reasonable attorney's fees and costs incurred herein;

10. For treble damages according to proof at trial;

11. That the court grants such other, further, and different relief as the Court deems just and proper under the circumstances.

## ON THE FORTH CAUSE OF ACTION

1. That the court adjudges and decrees that all the Defendants have willfully infringed Plaintiff's exclusive rights under trademark law.

2. That the court orders an independent accountant to conduct an accounting of all Defendant's financial records relating to the sales obtained through the exploitation of Plaintiff's Trademarks in order to determine the sums of money owed to Plaintiff;

3. Upon a determination of sums due to Plaintiff, demand is made that those sums be paid to Plaintiff;

4. That the defendants, and those acting in concert with them, be permanently enjoined from engaging in further acts of infringing Plaintiff's Trademarks. [Exhibit 1 and 2]

5. That the defendants, and those acting in concert with them, be permanently enjoined from selling any products carrying any designation resembling Plaintiff's Trademarks. [Exhibit 1 and 2]

6. That Plaintiff is awarded actual damages in an amount proven at trial or minimum of $ 20 Million.

7. That Defendants disgorge all profits derived from their wrongful conduct;

8. Interest at the maximum legal rate;

9. All reasonable attorney's fees and costs incurred herein;

10. For treble damages according to proof at trial;

11. That the court grants such other, further, and different relief as the Court deems just and proper under the circumstances.

## ON THE FIFTH CAUSE OF ACTION

1. That Plaintiff be awarded any and all monies gained by Defendants through Defendant's exploitation of Plaintiff's Trademarks;

2. That the Defendants, and those acting in concert with them, be permanently enjoined from engaging in further acts of infringing of Plaintiff's Trademarks;

3. That the defendants, and those acting in concert with them, be permanently enjoined from selling any goods or services carrying any designation resembling of Plaintiff's Trademarks;

4. That the defendants, and those acting in concert with them, be ordered to account for and recall any and all other infringing material from all marketing tactics, descriptions, search terms, meta-tags, and domain names used to deceive the public, so as to permanently remove them from the stream of commerce;

5. That Plaintiff be awarded, actual damages in an amount proven at trial or minimum of $ 20 Million;

6. Interest at the maximum legal rate;

7. All reasonable attorney's fees and costs incurred herein;

8. For exemplary or punitive damages in an amount appropriate to punish or make an example of Defendants, according to proof at trial;

9. That the court grants such other, further, and different relief as the Court deems just and proper under the circumstances.

## ON THE SIXTH CAUSE OF ACTION

1. That the court orders an independent accountant to conduct an accounting of all Defendant's financial records relating to the sales obtained through the exploitation of Plaintiff's Trademarks in order to determine the sums of money owed to Plaintiff;

2. Upon a determination of sums due to Plaintiff, demand is made that those sums be paid to Plaintiff;

3. That Plaintiff be awarded, actual damages in an amount proven at trial or minimum of $ 20 Million;

4. Interest at the maximum legal rate;

5. All reasonable attorney's fees and costs incurred herein;

6. That the court grants such other, further, and different relief as the Court deems just and proper under the circumstances.

## ON THE SEVENTH CAUSE OF ACTION

1. That the court imposes an actual or constructive trust upon Defendants in favor of Plaintiff with respect to all income received by their infringing activities;

2. An award of restitution in an amount greater or equal to Defendants' unjust enrichment order an independent accountant to conduct an accounting of all Defendant's financial records relating to the sales obtained through the exploitation of Plaintiff's Trademarks in order to determine the sums of money owed to Plaintiff;

3. Upon a determination of sums due to Plaintiff, demand is made that those sums be paid to Plaintiff;

4. Interest at the maximum legal rate;

5. All reasonable attorney's fees and costs incurred herein;

6. That the court grants such other, further, and different relief as the Court deems just and proper under the circumstances.

## ON THE EIGHTH CAUSE OF ACTION

7. That the court adjudges and decrees that all the Defendants have willfully infringed Plaintiff's exclusive rights under trademark law.

8. That the defendants, and those acting in concert with them, be permanently enjoined from engaging in further acts of infringing Plaintiff's Trademarks. [Exhibit 1 and 2]

9. That the defendants, and those acting in concert with them, be permanently enjoined from selling any products carrying any designation resembling Plaintiff's Trademarks. [Exhibit 1 and 2]

10. That Plaintiff is awarded actual damages in an amount proven at trial or minimum of $ 20 Million.

11. That Defendants disgorge all profits derived from their wrongful conduct;

12. Interest at the maximum legal rate;

13. All reasonable attorney's fees and costs incurred herein;

14. For treble damages according to proof at trial;

15. That the court grants such other, further, and different relief as the Court deems just and proper under the circumstances.

-----------------------------------

Anshu Bharat Pathak;

Plaintiff

In Pro Per

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial as provided by Rule 38 (a) of the Federal Rules of Civil Procedure.

-----------------------------------

Anshu Bharat Pathak; Plaintiff
In Pro Per
August 20, 2016

# EXHIBIT 1

# 𝔘nited 𝔖tates of 𝔄merica

### United States Patent and Trademark Office

## EXOTIC MEAT MARKET

**Reg. No. 4,469,007**
**Registered Jan. 21, 2014**

**Int. Cl.: 35**

**SERVICE MARK**

**PRINCIPAL REGISTER**

PATHAK ANSHU BHARAT (UNITED STATES INDIVIDUAL)
P O BOX 9192
MORENO VALLEY, CA 92552

FOR: ON-LINE RETAIL GIFT SHOPS; ON-LINE RETAIL STORE SERVICES FEATURING EXOTIC MEATS, HOTDOGS, SAUSAGES, SALAMIS, ON-LINE WHOLESALE STORE SERVICES FEATURING EXOTIC MEATS, HOTDOGS, SAUSAGES, SALAMIS, OPERATING AN ON-LINE SHOPPING SITE IN THE FIELD OF EXOTIC MEATS, HOTDOGS, SAUSAGES, SALAMIS; RETAIL AND ON-LINE GROCERY STORE SERVICES FEATURING HOME DELIVERY SERVICE, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 12-10-1999; IN COMMERCE 12-10-1999

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "MEAT MARKET", APART FROM THE MARK AS SHOWN.

SEC. 2(F) AS TO "EXOTIC MEAT MARKET".

SER. NO. 85-813,808, FILED 1-2-2013.

INGA ERVIN, EXAMINING ATTORNEY





**Deputy Director of the United States**
**Patent and Trademark Office**

Page  |  127

# EXHIBIT 2

# United States of America
### United States Patent and Trademark Office

## Exotic Hot Dog of the
## Month Club

**Reg. No. 4,453,666**  PATHAK ANSHU BHARAT (UNITED STATES INDIVIDUAL)
25517
**Registered Dec. 24, 2013**  LOS CABOS DRIVE
MORENO VALLEY, CA 92551
**Int. Cl.: 35**

FOR: COMPUTERIZED ON-LINE RETAIL STORE SERVICES IN THE FIELD OF MONTHLY
EXOTIC HOT DOGS SHIPMENTS TO CLUB MEMBERS, IN CLASS 35 (U.S. CLS. 100, 101
AND 102)

**SERVICE MARK**

**PRINCIPAL REGISTER**  FIRST USE 12-10-1999; IN COMMERCE 12-10-1999.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CLUB", APART FROM THE
MARK AS SHOWN.

SEC. 2(F).

SER. NO. 85-813,863, FILED 1-2-2013.

INGA ERVIN, EXAMINING ATTORNEY



*Deborah S. Cohn*
Commissioner for Trademarks of the
United States Patent and Trademark Office

# EXHIBIT 3

From
Anshu Pathak
5615 S. Cameron St; Unit 7
Las Vegas, NV 89118
Email: anshupathak@aol.com
May 30, 2016

To,
Lobel's of New York, LLC;
Leon Lobel;
Stanley Lobel;
Evan Lobel;
Mark Lobel;
Stephen Fraum and
Rose Fraum
250 Mill Street
Rochester, NY 14614

Sir,

I am proud of you as my competitor, but it has been observed and recorded that your business is making bids on my Trademark as "Keyword" through different search engines. My Trademark is being infringed by you and your business to sell your products through your on-line retail store known as "http://www.lobels.com".
I am Trademark owner for the word, "Exotic Meat Market". Trademark Registration Number 4469007. We are both competitors and we both offer same and similar products like to consumers through our on-line retail stores.
The mandatory fine for Trademark Infringement is $ 50,000.00.
Please take this letter as my legal notice to stop infringing my Trademark.
If I do not hear from you within 72 hours confirming in writing that you will not infringe my Trademark, I will file a legal action against your business in the Federal Court, Las Vegas, Nevada.
If you have any questions, please feel free to contact me.
Thank you

Anshu Pathak
Copy to related parties by electronic mail: Leon@lobels.com; Stanley@lobels.com;
Evan@lobels.com;Mark@lobels.com;Stephen@lobels.com ;Rose@lobels.com ;



exotic meat market     | Search

Web   Images   Video   News   More ˅   Anytime ˅

Also try: exotic meat market **in grand terrace ca**, exotic meat market perris

Ad related to: exotic meat market

**Exotic Meat Market - Exotic Meat Market from $14.**
www.groupon.com
4.9 ★★★★★ rating for groupon.com
Exotic Meat Market from $14. Save 50% Off Today With Groupon

**Exotic Meats in New York**
www.exoticmeatsnewyork.com/index.html
Alligator, Antelope, Bison, Crocodile, Elk, Frog Legs, Goat, Kangaroo, Kobe Beef, Llama,
Rabbit, Snapping Turtle Meat, Ostrich, Pheasant, Quail, Squab

**Exotic Meats, Exotic Meat Market, Exotic Meat ...**
yhst-41756728056354 stores.yahoo.net/index.html ˅
Welcome to Anshu's Exotic Meat Market. Exotic Meat Market by Anshu Pathak created in
1969. Is the realization of a dream and a long journey. Traveling and cooking ...

**The Exotic Meat Market - Made Man**
www.mademan.com/the-exotic-meat-market ˅
Hamburgers are, really, quite boring. Hot dogs are so blasé. What you really want to get your
hands on is a succulent, seared, lemon-pepper lion meat.

**Exotic Meat Market, Exotic Meats, Game Meats,...**
store.exoticmeats-usa.net ˅
Exotic Meat Market is a distributor of Exotic Meats. Exotic sausages, Exotic hot dogs and Exotic
burgers made from legally harvested Lion Meat, Camel Meat, Kangaroo ...

Ads related to: exotic meat market

**100% Grass-fed Bison Meat**
GrassfedTraditions.com
100% Grass-fed and grass-finished. Restaurant
quality delivered to you

**Exotic Meat Markets**
wow.com/Exotic Meat Markets
Search for Exotic Meat Markets Look Up Quick
Results Now!

**Meat Deals | Lobels.com**
www.Lobels.com
Premium Beef, Pork, Lamb, & More from NY's
Famed Online Meat Shop.

---

exotic meal market     | Search

Web   Images   Video   News   More ˅   Anytime ˅

Also try: exotic meat market **in grand terrace ca**, exotic meat market perris

Ad related to: exotic meat market

**Exotic Meat Market - Exotic Meat Market from $14.**
www.groupon.com
4.9 ★★★★★ rating for groupon.com
Exotic Meat Market from $14. Save 50% Off Today With Groupon

**Exotic Meat Market, Exotic Meats, Game Meats,...**
halaldeermeat.org ˅
Welcome to Exotic Meats - Wholesale to Restaurants. Exotic Meats created in 1969. Is the
realization of a dream and a long journey. Traveling and cooking around the

**Exotic Meat Market - YouTube**
www.youtube.com/watch?v=GFESAv0knAQ ˅
Aug 09, 2012 · Anshu Pathak runs an exotic meat and food distributing company based in
Perris

**NWWP Fish Market - Northwest Wild Products**
www.northwestwildproducts.com/exotics_meats ˅
Exotic Meats, wild and game in Astoria Oregon. Steaks, burgers, ground meat. Over 40 exotic
meats. Located within a full service Seafood Market.

**Exotic Meat Market Inc. - Facebook**
www.facebook.com/pages/Exotic-Meat-Market-Inc/... ˅
Exotic Meat Market Inc., Grand Terrace, California. 12,531 likes · 186 talking about this.
Welcome to Exotic Meat Markets, the home of Exotic and Wild...

Ads related to: exotic meat market

**100% Grass-fed Bison Meat**
GrassfedTraditions.com
100% Grass-fed and grass-finished. Restaurant
quality delivered to you

**Exotic Meat Markets**
wow.com/Exotic Meat Markets
Search for Exotic Meat Markets Look Up Quick
Results Now!

**Meat Deals | Lobels.com**
www.Lobels.com
Premium Beef, Pork, Lamb, & More from NY's
Famed Online Meat Shop.











**TSDR**   **ASSIGN Status**   **TTAB Status**   *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | SINCE 1840 **LOBEL'S OF NEW YORK** |
| **Goods and Services** | IC 029. US 046. G & S: Meats, namely, beef, lamb, veal, pork, ham and bacon; poultry; fish; hot dogs and sausages; cranberry sauce; olive oils; jams; marmalades. FIRST USE: 20001100. FIRST USE IN COMMERCE: 20001100 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.03.01 - Ovals as carriers and single line borders |
| **Trademark Search Facility Classification Code** | NOTATION-SYMBOLS Notation Symbols such as Non-Latin characters,punctuation and mathematical signs,zodiac signs,prescription marks<br>NUM-26-UP 1840 Other Numerals - 26 and Up<br>SHAPES-COLORS-3-OR-MORE Design listing or lined for three or more colors<br>SHAPES-MISC Miscellaneous shaped designs<br>SHAPES-OVALS Oval figures or designs including incomplete ovals and one or more ovals |
| **Serial Number** | 78801146 |
| **Filing Date** | January 27, 2006 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | January 8, 2008 |
| **Registration Number** | 3401796 |
| **Registration Date** | March 25, 2008 |
| **Owner** | (REGISTRANT) Lobel's of New York, LLC Leon Lobel, Stanley Lobel, Evan Lobel, Mark Lobel, Stephen Fraum, Rose Fraum (all U.S. citizens) LIMITED LIABILITY COMPANY DELAWARE 25 Pixley Industrial Parkway Rochester NEW YORK 14624<br><br>(LAST LISTED OWNER) LOBEL'S ENTERPRISES, LLC LIMITED LIABILITY COMPANY NEW YORK 46 BELLE FAIR ROAD RYE BROOK NEW YORK 10573 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | David K. Hou |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "since 1840" and "New York" APART FROM THE MARK AS SHOWN |
| **Description of Mark** | The color(s) red, black and white is/are claimed as a feature of the mark. "The mark consists of A red oval outlined in black, with the word "Lobel's" in white script lettering outlined in black in the middle of the oval, with the words and numerals "SINCE 1840" in white capital letters outlined in black above "Lobel's" in the oval, and the words "OF NEW YORK" in white capital |

letters outlined in black underneath "Lobel's" in the oval."

| | |
|---|---|
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

# EXHIBIT 4

-----Original Message-----
From: Jim Denlea <jdenlea@denleacarton.com>
To: 'anshupathak@aol.com' <anshupathak@aol.com>; (david@lobels.com) <david@lobels.com>;
'Leon@lobels.com' <Leon@lobels.com>; 'stanley@lobels.com' <stanley@lobels.com>;
'evan@Lobels.com' <evan@Lobels.com>; 'mark@lobels.com' <mark@lobels.com>;
'Stephen@lobels.com' <Stephen@lobels.com>; 'Rose@lobels.com' <Rose@lobels.com>
Sent: Wed, Jun 1, 2016 1:25 pm
Subject: FW: Lobels

Mr. Pathak,

We are General Counsel for Lobels of New York (LONY). Your email of May 30, 2016 has been forwarded to my attention for response. Initially, please be advised that LONY has not used your mark, and has no intention of using your mark. As LONY's multi-generational family history in the meat industry reflects, the LONY tradition is steeped in providing only the finest and freshest USDA prime beef, all-natural lamb, Waygu beef, Berkshire pork, and all-natural poultry. LONY has never specialized in "exotic meats," and nowhere in LONY's on-line butcher shop is there any reference of any kind to such "exotic" offerings. While that alone should suffice to respond to your unfounded allegation, LONY has taken the additional, affirmative steps of ensuring that (i) the word phrase "exotic meat market" is not used as a keyword in any of its search terms (and instructed its marketing partners as to the same), and (ii) identified the phrase as a "negative" that will not respond to any of LONY's more general search terms. In light of the same, any contemplated action by you would amount to a frivolous prosecution, the response to which will require us to seek all appropriate sanctions, including attorney's fees. Please govern your actions accordingly.

Very truly yours,
James Denlea

James R. Denlea, Esq.
Denlea & Carton LLP
2 Westchester Park Drive-Suite 410
White Plains, NY 10604
(914) 331-0100
jdenlea@denleacarton.com

**EXHIBIT 5**

**From: Rich <antler333@gmail.com>**
**To: anshupathak <anshupathak@aol.com>**
**Sent: Sun, May 29, 2016 4:21 pm**
**Subject: Possible Trademark infringement**

**Anshu Pathak**
**5615 S. Cameron St; Unit 7**
**Las Vegas, NV 89118**
**Email: anshupathak@aol.com**
**May 29, 2016**

**I am in receipt of your assertion of trademark infringement regarding federal trademarks
for Exotic Meat Market.  I have reviewed your two current live trademarks for Exotic
Meat Market and find them to be in order.**

**After a brief search of my current keyword programs, I can find no advertising, nor
solicitations for the term "Exotic Meat Market" in any of my current keyword
programs.  Please cite specific examples of the possible infringement.**

**In good faith, since I too am a trademark holder and pending a fair resolution of this issue,
I have suspended a portion of my keyword program to limit any possible infringement.**

**However, as we continue to review our legal and advertising status, we will need to know
some of the specific examples for which you are claiming infringement.**

**Thank you for your attention.**

**Rich Forrest**
**Mountain Velvet Ltd.**
**DBA Grande Natural Meats**

        201.        Plaintiff received following e-mail from a competitor/advertiser on May 30, 2016.
**From: Rich <antler333@gmail.com>**
**Date: 5/30/16 9:46 AM (GMT-08:00)**
**To: Anshu Pathak <anshupathak@aol.com>**
**Subject: Re: Possible Trademark infringement**

**Greetings Anshu:**

**Thank you for the screen shots.  It would seem Yahoo (aka Bing) is creating this
problem.  Exotic Meat Market WAS NOT one of my keywords for my rabbit advertising,
yet the search engine decided that somehow my ad was suitable for that kind of search.**

**As such, I will apologize for Yahoo's mistakes in their aggressiveness to sell ad space.**

**In an effort to fix the problem, I have added a negative keyword phrase "Exotic Meat Market" to all Yahoo (Bing) keyword campaigns.**

**Please let me know if any other searches result in unintentional infringement of Exotic Meat Market.**

**Thank you for your patience.**

**Rich**
**Grande Meats**

202.    Plaintiff received following e-mail from a competitor on May 31, 2016.

**From: Rich <antler333@gmail.com>**
**To: Anshu Pathak <anshupathak@aol.com>**
**Sent: Tue, May 31, 2016 7:48 am**
**Subject: Re: Trademark infringement - ElkUSA**
**Anshu:**

**Thank you for your attention in solving this problem.  All my current ad programs have been covered by negative key words.**

**Please know that no intentional infringement occurred, but the pay per click search mechanisms seem to get to too aggressive sometimes.  As such, should you find another possible infringement on Exotic Meat Market, just let me know and I can figure out a block on that particular search engine when it goes beyond my actual keywords.**

**I noticed that today grassfedtraditions replaced me and yesterday it was buffalogal.  Seems that the Bing PPC (Yahoo and MSN) likes to "fluff up" its advertiser listings.  Perhaps they need a letter.**

**rich**
**grande meats.**

**On Tue, May 31, 2016 at 7:14 AM, <anshupathak@aol.com> wrote:**

**Good Morning Rich,**

**Thank you.**

**Have you checked your invoices from last three years for your key words? That will help you to understand the infringement of my Trademark.**

**At this point, I will not file a civil action against your business. But in future, if I will notice further infringement, I will be forced to file the civil action to protect my Trademark rights.**

1   You have been a Gentleman.

2   Best

3   Anshu Pathak

4   -----Original Message-----

5   From: Rich <antler333@gmail.com>
    To: anshupathak <anshupathak@aol.com>

6   Sent: Tue, May 31, 2016 5:19 am
    Subject: Re: Possible Trademark infringement

7

8   I have added the negative key word "Exotic Meat Market" to all my pay per click
    advertising programs. That should cure any more problems.

9   Rich
    grande meats

10

**EXHIBIT 6**



**EXHIBIT 7**

-----Original Message-----
From: Chris Hughes <chris@brokenarrowranch.com>
To: Anshupathak <Anshupathak@aol.com>
Cc: chris <chris@brokenarrowranch.com>
Sent: Mon, Dec 16, 2013 12:58 pm
Subject: FW: Transcript of your chat

Anshu – See below verification from Yahoo/Bing that my account is not bidding on the keyword "exotic meat market."

Regards,
Chris Hughes,
Broken Arrow Ranch,
Owner, 830-367-5875
www.brokenarrowranch.com

**From:** Microsoft [mailto:trnscrpt@microsoft.com]
**Sent:** Monday, December 16, 2013 2:51 PM
**To:** Chris
**Subject:** Transcript of your chat

| General Info | |
|---|---|
| Chat start time | Dec 16, 2013 3:30:19 PM EST |
| Chat end time | Dec 16, 2013 3:50:39 PM EST |
| Duration (actual chatting time) | 00:20:20 |
| Operator | John |

| Chat Transcript |
|---|
| info: Welcome to Bing Search Advertising live chat, an Ad Specialist will be with you shortly. You are currently '2' in the queue. Current average wait time is 0 minutes, and 31 seconds. Thanks for your patience. |
| info: Privacy Statement |
| You are now chatting with 'John'. |
| John: Hi! This is John with Bing Ads. How may I help you today? |
| Chris: I need your help to resolve a trademark infringement dispute. Can you please verify the my account is not bidding on the keyword "exotic meat market." My account number is: X0515327. Thanks |
| John: I understand how you feel, if it happened to me I'd feel the same way. But don't worry Chris, since you have me now, I'll do everything I can to resolve your concern. Okay? |
| John: Is this the first time you experience this issue? Do you have any existing ticket number? |
| Chris: First time. No ticket number. I just need a notification from Bing/Yahoo to verify/prove that I am not bidding on the keyword "exotic meat market." |
| John: I understand. Let me review first your account and see what I can do to answer all of your question. Please stay on chat for about 2 - 3 minutes. |
| Chris: Thanks |

John: Thank you for waiting. Can I have your best call back number just in case the chat gets disconnected we can make a follow up?
Chris: 830-367-5875
John: Before we go further, I may need to verify the account for security purposes. Can you please provide the last four digits of your credit card on file? and also the account holders name?
Chris: CC = 2001. Chris Hughes
John: Thank you for verifying the account. I can see here that there is no keyword " Excotic Meat Market" on your account.
Chris: Thank you. That's all I need. Is is possible to have this chat string emailed to me?
John: You can have a copy of this chat transcript by looking on the the envelope icon on the upper left hand side.
Chris: Thanks. Just to clarify.... it looks like there was a typo on your response. I was verifying that "exotic meat market" was not a targeted keyword. Please confirm that was the keyword your searched.
John: You have only four keywords on your campaign name "Unassigned Campaign".
John: Venison, Wild game meat, Venison and Wild game meat.
John: Chris, are you still with me?
Chris: Right. And "exotic meat market" is not one of them, correct? Your response was "excotic (misspelled) meat market."
Chris: I just need to be able to clearly demonstrate that "exotic meat market" is not being used and the typo may confuse things.
John: Sorry for the typo error that I send to you. Yes, you are correct, I can confirm to you that there is no keyword exotic meat market on your account.
Chris: Perfect. That's all I need. Thank you and have a great day.
John: Your very much welcome. I`ve created a ticket for this specific issue or concern and this will remain open and accessible when you call us back or until we fully resolve this matter.
John: Your reference number is 1227463292.
John: Is there anything else I may assist you with right now?
Chris: Thanks. Logging off.
John: It is a pleasure assisting you. Thank you for contacting Bing Ads. Have a great day!
info: Your chat transcript will be sent to chris@brokenarrowranch.com at the end of your chat.
John: I will now be closing this ticket number and it will remain open if you call us back or we didn't resolve your issue.
John: Bye for now.