UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ANSHU PATHAK, )
 )  Case No.: 2:16-cv-02124-GMN-NJK
    Plaintiff, )
vs. )  **ORDER ACCEPTING REPORT &**
 )  **RECOMMENDATION OF**
YAHOO, INC., *et al.*, )  **MAGISTRATE JUDGE KOPPE**
 )
    Defendants. )
 )

  Before the Court for consideration is the Report and Recommendation, (ECF No. 18), of the Honorable Nancy J. Koppe, United States Magistrate Judge, entered November 18, 2016.

  Pursuant to Local Rule IB 3-2(a), objections were due by December 5, 2016.  No objections have been filed.  In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and agrees with Magistrate Judge Koppe's recommendation that the Court grant Plaintiff's Motion for Clerk's Entry of Default, (ECF No. 15).  Therefore, the Court has determined that Magistrate Judge Koppe's Recommendation should be **ACCEPTED** and **ADOPTED** to the extent that it is not inconsistent with this opinion.

  **IT IS THEREFORE ORDERED** that the Report and Recommendation, (ECF No. 18), is **ACCEPTED and ADOPTED in full**.

  **IT IS FURTHER ORDERED** that Plaintiff's Motion for Clerk's Entry of Default, (ECF No. 15), as to Defendant Specialty Meats and Gourmet LLC is **GRANTED**.

  The Clerk shall enter judgment accordingly.

  **DATED** this __6__ day of January, 2017.

                _____
                Gloria M. Navarro, Chief Judge
                United States District Court