# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANSHU PATHAK, <br>               Plaintiff(s), <br> vs. <br> YAHOO, INC., et al., <br>               Defendant(s). | Case No. 2:16-cv-02124-GMN-NJK <br> **ORDER** |

On February 2, 2017, the Court denied without prejudice Plaintiff's motion for default judgment against Defendant Specialty Meats and Gourmet LLC. Docket No. 22. Since that time, no further filings have been made advancing the case against Defendant Specialty Meats and Gourmet LLC. No later than July 14, 2017, Plaintiff shall file either (1) a renewed motion for default judgment in accordance with the guidance provided in Docket No. 22, or (2) papers voluntarily dismissing Defendant Specialty Meats and Gourmet LLC. **Failure to comply to comply with this order may result in a recommendation that the case be dismissed.**

IT IS SO ORDERED.

Dated: June 22, 2017

                                                        _____
                                                        NANCY J. KOPPE
                                                        UNITED STATES MAGISTRATE JUDGE